UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| NAURIELA ESPINAL-PEREZ, | : | CASE NO. |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ABM INDUSTRIES INCORPORATED | : | MAY 29, 2026 |
| Defendant | : | |

## PETITION FOR REMOVAL

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF CONNECTICUT:**

Defendant ABM Industries Incorporated ("Defendant" or "ABM Industries"),[1] by

and through its undersigned counsel, Jackson Lewis P.C., and pursuant to 28 U.S.C. §§ 1332, 1441,

and 1446, hereby gives notice of the removal of this action pending in the Superior Court, Judicial

District of Hartford, Connecticut, to the United States District Court for the District of Connecticut.

In support of removal, Defendant states as follows:

### The State Court Action

1.      On or about May 20, 2026, an action was commenced against Defendant in the

Superior Court for the Judicial District of Hartford, in the State of Connecticut, titled Nauriela

Espinal-Perez v. ABM Industries Incorporated ("State Action").  No further proceedings have been

had in the State Action.  Copies of all process pleadings and orders that have been served upon

Defendant in said action are annexed hereto as Exhibit A.

---

[1] AMB Industries is incorrectly named as the defendant in this matter.  Plaintiff's employer was at all relevant times
ABM Education Services, LLC.

**Grounds for Removal: Diversity Jurisdiction**

2.      The above-described action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and is one that may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441.

3.      This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332, which provides that the federal district courts shall have jurisdiction over actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states, because Plaintiff, a resident of West Hartford, Connecticut, and, upon information and belief, a citizen of the state of Connecticut at all times relevant to a diversity jurisdiction analysis, asserts claims against ABM Industries, a citizen of Delaware and New York for purposes of 28 U.S.C. § 1332 and 28 U.S.C. § 1441.  More specifically, ABM Industries is a corporation formed under the laws of the state of Delaware with a principal place of business in New York, NY.  Although ABM Industries is incorrectly named as the defendant in this matter, this Court would also have jurisdiction over claims brought by Plaintiff against ABM Education Services, LLC ("ABM Education Services"), a citizen of Tennessee and Texas for purposes of 28 U.S.C. § 1332 and 28 U.S.C. § 1441.  ABM Education Services is a limited liability company formed under the laws of the state of Tennessee with a principal place of business in Sugarland, Texas.

4.      The amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs.

5.      Therefore, this Court has jurisdiction over the claims made by Plaintiff and removal is appropriate.

2

6.      The service of process on Defendant's agent on April 29, 2026, was Defendant's first receipt of any claims in the State Action.  Thus, the Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of Defendant's receipt of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

### Compliance with Procedural Requirements

7.      There are no other defendants in this case.  Thus, no other defendants must join in or consent to the removal of this matter.  *See* 28 U.S.C. § 1446(b)(2)(A).

8.      Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the District of Connecticut because the county from which the State Action is being removed lies within the State of Connecticut.

9.      Notice of this Petition will be filed promptly with the Superior Court for the Judicial District of Hartford, as required by 28 U.S.C. § 1446(d).

### Conclusion

Having fulfilled all statutory requirements, Defendant ABM Industries Incorporated removes this action to this Court from the Superior Court for the Judicial District of Hartford, and requests that this Court assume jurisdiction over this matter as provided by law.

**DEFENDANT,**
**ABM INDUSTRIES INCORPORATED**

By:      */s/ Thomas W. Moyher*
      Thomas W. Moyher (ct29459)
      Thomas.Moyher@jacksonlewis.com
      Jackson Lewis P.C.
      90 State House Square, 8th Floor
      Hartford, CT  06103
      Tel: (860) 522-0404
      Fax: (860) 247-1330

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on May 29, 2026, a copy of the foregoing was filed and served electronically on the following:

Michael J. Reilly, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
mreilly@cicchielloesq.com

/s/ Thomas W. Moyher
Thomas W. Moyher

4